# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00239-CV

### Otis Roofing, LLC and Forest James, Appellants

### v.

### Joel Juarez, Appellee

---

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-007466, THE HONORABLE MADELEINE CONNOR, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Otis Roofing, LLC, and Forest James have filed Appellants' Motion for Voluntary Dismissal. They assert that the trial court has granted their motion for new trial regarding the dismissal of their suit that they challenged by this appeal. We grant their motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed on Appellants' Motion

Filed: June 15, 2023